## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **AUBREY WILLIAMS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-21-964-C** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security,** | ) | |
| **Defendant.** | ) | |

## ORDER

The Court, having considered Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four (**Doc. 19**), hereby **REVERSES** the Defendant Commissioner's ("Commissioner's") decision in this matter and **REMANDS** the case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand, the agency will vacate the administrative law judge's (ALJ's) decision and conduct further administrative proceedings. A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED on May 25th 2022.

ROBIN J. CAUTHRON
United States District Judge